IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL BLUMENTHAL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV25 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY CRONK, CHERYL CRONK, | ) | ORDER |
| RONALD CRONK, COLLEEN | ) | |
| LANGDON, JEROME LANGDON, | ) | |
| PHILLIP CRONK, LORRAINE | ) | |
| CRONK, and HEATHER ANSELMO, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the Court on plaintiff's motions for enlargement of time (Filing Nos. 37 and 38).  The Court finds the motions should be granted.  Accordingly,

    IT IS ORDERED that plaintiff's motions are granted; he shall have until August 31, 2011, to respond to the defendants' respective motions to dismiss.

    DATED this 1st day of August, 2011.

    BY THE COURT:

    /s/ Lyle E. Strom
    _____
    LYLE E. STROM, Senior Judge
    United States District Court