```
            IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MICHAEL BLUMENTHAL, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV25 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY CRONK, CHERYL CRONK, | ) | ORDER |
| RONALD CRONK, COLLEEN | ) | |
| LANGDON, JEROME LANGDON, | ) | |
| PHILLIP CRONK, LORRAINE | ) | |
| CRONK, and HEATHER ANSELMO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court upon Joel M. Carney's motion to withdraw as counsel of record for plaintiff (Filing No. 40). In support of said motion, counsel for the plaintiff represents that plaintiff has instructed Carney's firm to withdraw, and plaintiff plans to retain substitute counsel. Defendants in this matter do not object to Carney's motion, but request that this Court require plaintiff to associate himself with an attorney who is both a resident of this district and a member of this Court's bar pursuant to NEGenR 1.7(i). NEGenR 1.7(I) does not require plaintiff do so, but the Court may order plaintiff, in its discretion, to do so. The Court will reserve ruling on defendants' request until plaintiff has selected substitute counsel. Accordingly,

IT IS ORDERED:

1) The motion to withdraw as attorney is granted.  Joel M. Carney is deemed withdrawn as counsel of record for plaintiff.

2) The Court reserves ruling on defendants' request that the Court require plaintiff to associate himself with an attorney who is both a resident of this district and a member of this Court's bar pursuant to NEGenR 1.7(I).

DATED this 9th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court